## RECONSIDERATION DOCKET

**97–100.  State v. Lacy.**
Butler App. No. CA95–12–221.  Reported at 81 Ohio St.3d 266, 690 N.E.2d 886.  On motion for reconsideration.  Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**97–2189.  State ex rel. Henderson v. Ohio Dept. of Rehab. & Corr.**
Madison App. No. CA96–12–058.  Reported at 81 Ohio St.3d 267, 690 N.E.2d 887.  On motion for reconsideration.  Motion denied.

**98–443.  State ex rel. Brown v. Franks.**
In Procedendo and Prohibition.  Reported at 81 Ohio St.3d 1486, 691 N.E.2d 687.  On motion for reconsideration.  Motion denied.

PFEIFER, J., dissents.